UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SELLERS,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br>DOES 1-10,<br><br>        Defendants. | Case No. CV 18-3183 PA (FFMx)<br><br>JUDGMENT |

Pursuant to the Court's October 22, 2018 Minute Order granting the Motion to Dismiss filed by defendant United States of America (the "Government"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Government shall have judgment in its favor against Plaintiff.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's action is dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and that the Government shall have its costs of suit.

DATED: October 22, 2018

                                                                                                 Percy Anderson<br>
                                                                     UNITED STATES DISTRICT JUDGE